UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**POONAM K SUBBAIAH,**

   Plaintiff,

v.                         **No. 4:25-cv-00538-P**

**SYNERGY BPO, LLC,**

   Defendant.

## ORDER AND FINAL JUDGMENT

Before the Court is Plaintiff's Motion for Default Judgment (ECF No. 17). The Court previously entered an order directing "Plaintiff to seek entry of default by the Clerk of this Court and to file a motion for default judgment on or before July 15, 2025." ECF No. 12. That order also stated that should Plaintiff fail to comply the Court would dismiss the case without prejudice for want of prosecution. *Id.* Plaintiff sought an extension of the deadline due to the Parties' settlement negotiations. ECF No. 13. After telling Plaintiff that the proper mechanism would have been for Defendant to move for an extension of its answer deadline, the Court extended Plaintiff's deadline to July 30, 2025. ECF No. 14. Despite this warning, Plaintiff once again moved for an extension on July 30, 2025, which the Court denied. ECF Nos. 15, 16. Plaintiff then filed the present Motion. ECF No. 17.

Consistent with the Court's order for Plaintiff to seek the entry of default by the Clerk of the Court **and** to file a motion for default judgment, Federal Rule of Civil Procedure (Rule) 55 requires a party to first seek the entry of default before filing the appropriate motion. FED. R. CIV. P. 55. Because Plaintiff failed to comply with the Court's order and Rule 55, Plaintiff's Motion for Default Judgment (ECF No. 17) is **DENIED**. For the same reasons, Plaintiff's claims are hereby **DISMISSED without prejudice** for want of prosecution. Should the

Parties' settlement negotiations break down, and Plaintiff decide to she wishes to pursue her claims, Plaintiff may refile her case.

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day, this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **31st day of July 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE